# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JARROD PHILLIPS | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:15-cv-01039 |
| | ) | Chief Judge Crenshaw |
| DEBRA K. JOHNSON, Warden | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Report and Recommendation of the Magistrate Judge (Doc. No. 56) is **ADOPTED**, and Jarrod Phillips' Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**. Because Phillips cannot demonstrate that reasonable jurists would find the Court's conclusions on the merits or on the issue procedural default debatable or wrong, a Certificate of Appealability will not issue.

The Clerk of the Court will enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE